UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Appsoleut Coders LLP,

           Plaintiff(s),           25-cv-4696 (PKC)

  -against-           ORDER

Meta Platforms, Inc., et al.,

           Defendant(s),

_____

CASTEL, United States District Judge.

        Within 14 days of this Order, plaintiff shall (1) comply with the Court's Order of June 25, 2025 (ECF 12); or (2) amend its complaint to remove allegations of diversity jurisdiction. Failure to do either, may result in sanctions that may include an adjudication of contempt. The motion for reconsideration (ECF 13) is DENIED.

        SO ORDERED.

                                          P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
       July 7, 2025