

July 9, 2025

**Via ECF**
Hon. P. Kevin Castel
United States District Judge
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

    Re:    *Appsoleut Coders LLP v. Meta Platforms, Inc., et al.*, 25-cv-4696 (PKC)

Dear Judge Kastel:

    We represent Plaintiff Appsoleut Coders LLP in this matter. We are writing in response to the Court's Orders of June 25, 2025 (Dkt. 12) and July 8, 2025 (Dkt. 14) (collectively, "the Court's Orders")

    As per the Court's Orders, Plaintiff has served an interrogatory today on Defendant Instagram seeking the citizenship of all natural persons who are its members, and, if any corporation is a member, the jurisdiction under whose laws it is incorporated and the principal place of business.

    The Court Order of June 25, 2025 (Dkt. 12) set a due date of July 9th to serve this interrogatory, which date was extended to July 21, 2025 in the Order of July 8, 2025 (Dkt. 14). As such, today's service of the interrogatory is respectfully in compliance with the Court's original Order and amended Order.

    We thank the Court in advance for its attention to this matter.

    Respectfully submitted,

    */s/ Morris E. Cohen*

    Morris E. Cohen